IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MICHAEL GORDON COKER, | * |
| Plaintiff, | * |
| v. | Case No. 1:17-CV-119 (LAG) |
| | * |
| TURNER COUNTY BOARD OF COMMISSIONERS, et al., | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 3, 2020, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 7th day of January, 2020.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk